```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>       Plaintiff,<br><br>   vs.<br><br>Felipe Lopez Ralda,<br><br>       Defendant. | Case No. **2:10-cv-03029-KJM-EFB**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to May 25, 2011 at 10am.

Date: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-03029-KJM-EFB - 1