SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Felipe Lopez Ralda, et al<br><br>         Defendants | Case No. **2:10-cv-03029-KJM-EFB**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 7, 2011 at 10am.[1]

Date:  June 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court is relying on Mr. Johnson's representation that a lengthy continuance is necessary because he will be unable to appear during his recuperation.

ORDER RE STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-03029-KJM-EFB - 1