IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br>  vs.<br><br>LACK FAMILY INVESTMENTS,<br><br>      Defendant.<br>_____/ | Civ. No. S-11-0897 KJM CKD |
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br>  vs.<br><br>TOWN AND COUNTRY GARDEN APARTMENTS, L.P.,<br><br>      Defendant.<br>_____/ | Civ. No. S-11-0106 KJM GGH |
| SCOTT N. JOHNSON,<br><br>      Plaintiff,<br>  vs.<br><br>LACK FAMILY INVESTMENTS,<br><br>      Defendant.<br>_____/ | Civ. No. S-11-0003 KJM GGH<br><br>ORDER |

| | | |
|---|---|---|
| 1 | SCOTT N. JOHNSON, | |
| 2 |       Plaintiff, | Civ. No. S-10-3095 KJM GGH |
|   | vs. | |
| 3 | | |
|   | ERIC W. DUCRAY, et al., | |
| 4 | | |
|   |       Defendants. | |
| 5 | _____/ | |
| 6 | SCOTT N. JOHNSON, | |
| 7 |       Plaintiff, | Civ. No. S-10-3029 KJM EFB |
|   | vs. | |
| 8 | | |
|   | FELIPE LOPEZ RALDA, | |
| 9 | | |
|   |       Defendant. | |
| 10 | _____/ | |
| 11 | SCOTT N. JOHNSON, | |
| 12 |       Plaintiff, | Civ. No. S-10-2680 KJM DAD |
|    | vs. | |
| 13 | | |
|    | SMOKEY'S VENTURES, LLC, et al., | |
| 14 | | |
|    |       Defendants. | |
| 15 | _____/ | |
| 16 | SCOTT N. JOHNSON, | |
| 17 |       Plaintiff, | Civ. No. S-09-1334 KJM GGH |
|    | vs. | |
| 18 | | |
|    | THRIFTY PAYLESS, INC, et al., | |
| 19 | | |
|    |       Defendants. | |
| 20 | _____/ | |

21   Scott Johnson, Esq. appeared on August 3, 2011 in response to orders to show
22 cause issued in these cases.  The court accepts Mr. Johnson's explanation for his failures to make
23 timely filings in *Smokey's Ventures*, *Town and Country Garden Apartments,* and *Thrifty Payless*
24 and acknowledges it misinterpreted his explanation of the need for continuances in *Ducray,*
25 *Ralda,* and *Lack Family Investments*.
26 /////

1    IT IS THEREFORE ORDERED THAT the orders to show cause issued July 15,
2 2011 in *Town and Country Garden Apartments, Lack Family Investments, Ducray* and *Ralda,*
3 and June 23, 2011 in *Thrifty Payless,* are hereby discharged.
4 DATED: August 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

6 john0106.dosc